EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                                                                                                              | 2007 TSPR 172  |
|---------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|
| Resolución de agradecimiento al Dr. Roberto P. Aponte Toro por su participación como miembro de la Junta de Educación Jurídica Continua del Tribunal Supremo         | 172 DPR ____   |

Número del Caso: EM-2007-6

Fecha: 14 de agosto de 2007

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Resolución de agradecimiento
al Dr. Roberto P. Aponte Toro
por su participación como miembro
de la Junta de Educación Jurídica
Continua del Tribunal Supremo

RESOLUCIÓN

San Juan, Puerto Rico, a 14 de agosto de 2007.

El 9 de julio de 2007 el Dr. Roberto P. Aponte Toro presentó su renuncia como miembro de la Junta de Educación Jurídica Continua debido a que fue nombrado Decano de la Escuela de Derecho de la Universidad de Puerto Rico. Este Tribunal aprovecha la ocasión para agradecer su valiosa aportación durante el desempeño de su labor como miembro de la referida Junta.

El profesor Aponte Toro fue designado miembro de la Junta de Educación Jurídica Continua mediante resolución de este Tribunal de 4 de octubre de 2002 y participó en la elaboración del *Proyecto de Reglamento de Educación Jurídica Continua* que posteriormente fue aprobado el 8 de abril de 2005.

Como miembro de la Junta de Educación Jurídica Continua, el profesor Aponte Toro se destacó por promover la optimización de los cursos en términos cualitativos como mecanismo para alcanzar los objetivos establecidos para el Programa de Educación Jurídica Continua.

Agradecemos al profesor Aponte Toro su meritoria contribución a la educación jurídica continua y su disposición para continuar colaborando con este Tribunal en otras encomiendas. Asimismo, le deseamos mucho éxito en sus nuevas funciones en la Universidad de Puerto Rico.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo